IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. |
| | * | |
| 1118 BUSH ROAD, | * | |
| ABINDON, MARYLAND, etc., | * | |
| Defendant. | * | |
| | * | |
| and | * | |
| DANIEL L. and JANIS M. HEMLING, | * | |
| Claimants. | * | |

* * * * * * *

### FINAL ORDER OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 20th day of November 2001 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired, and no claim has been filed other than the claim filed by Daniel and Janis Hemling;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. section 2465;

4. The substitute defendant property is condemned and all rights, title, and interest of Daniel and Janis Hemling, and any and all other persons is HEREBY FORFEITED to the United States of America in accordance with the Settlement Agreement attached to the government's motion.

5. The United States Marshals Service shall dispose of the substitute defendant property in accordance with law and in accordance with the agreement annexed to the government's motion.

						_____
						J. Frederick Motz
						United States District Judge

RECEIVED
U.S. MARSHAL
BALTIMORE MD
2001 NOV 20  P 3: 30